IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARITZA Y. FLORES, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | NO. 19-2256 |
| v. | : | |
| | : | |
| ANDREW M. SAUL[1], | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 31st day of December, 2020, upon review of the brief in support of the request for review filed by Plaintiff, Defendant's response thereto, and Plaintiff's reply thereto (Docs. 22-24), as well as the administrative record, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 22) is **GRANTED**, the final decision of the Commissioner denying disability benefits to Plaintiff is **VACATED**, and the matter is **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings. **IT IS FURTHER ORDERED** that, upon remand, the Commissioner shall assign the matter to a different ALJ.

The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul is now the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, therefore, he should be substituted for Nancy A. Berryhill as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).